# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN THOMAS, a/k/a Larry Johnson, a/k/a Maurice Sabale,<br><br>    Defendant. | No. CR 07-3034-MWB<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL** |

_____

On August 23, 2007, an indictment was returned against defendant Benjamin Thomas, charging him with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1). Trial in this matter commenced on April 21, 2008. On April 23, 2008, the jury returned a verdict in which it found defendant Thomas guilty of the offense charged. Defendant Thomas has filed a motion for judgment of acquittal, pursuant to Federal Rule of Criminal Procedure 29(c), or, in the alternative, a motion for a new trial, pursuant to Federal Rule of Criminal Procedure 33 (#55). Defendant Thomas moves for a judgment of acquittal , or, in the alternative, a motion for a new trial, on the ground that there was insufficient evidence introduced at trial to support defendant Thomas's conviction on the charged offense. The government filed a timely resistance to defendant Thomas's motion. Applying the required standards for consideration of a motion for judgment of acquittal, *see* FED. R. CRIM. P. 29, and a motion for new trial, *see* FED. R. CRIM. P. 33, which this court articulated in *United States v. Ortiz*, 40 F. Supp.

2d 1073, 1079, 1082 (N.D. Iowa 1999), defendant Thomas's motion for judgment of acquittal and alternative motion for new trial are hereby denied.

**IT IS SO ORDERED.**

**DATED** this 4th day of June, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA